GENERAL FUND

ALABAMA FOR THE SOUTHERN DISTRICT OF
FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 09/20/2018

| CASE NO. | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| 13-03797 #626 | REGINA LAROSS BRUNO | AARGON AGENCY AS AGENT FOR BIOMET-EB | 8668 SPRING MOUNTAIN ROAD LAS VEGAS, NV 89117 | 161931 | $ 0.59 |
| 14-00283 #626 | JOHN HENRY SHUFORD, SR. VELMA LEE SHUFORD | AARGON AGENCY AS AGENT FOR OPS BAD CK:8668 SPRING MOUNTAIN ROAD LAS VEGAS, NV 89117 | | 161932 | $ 6.59 |
| 16-00516 #624 | LEONARD MCGASKIN, JR. | ANNETTE ANDERSON | 1504 VAN LEE CIRCLE MOBILE, AL 36605 | 162170 | $ 0.66 |
| 17-04291 #625 | HEATHER L. CHESTANG | KATHY ESTEVES | 9125 FIELD BROOK CIRCLE SOUTH MOBILE, AL 36695 | 162937 | $ 5.00 |
| 16-01828 #626 | PENNIE DENISE PACKER | GLOBAL PAYMENTS CHECK SERVICES | 10705 RED RUN BLVD OWINGS MILLS, MD 21117 | 163177 | $ 10.27 |
| 16-01828 #626 | PENNIE DENISE PACKER | GLOBAL PAYMENTS CHECK SERVICES | 10705 RED RUN BLVD OWINGS MILLS, MD 21117 | 163177 | $ 3.26 |
| 13-01181 #626 | JAMES WHITAKER LYON | LEAF FUNDING | 2005 MARKET STREET 14TH FLOOR PHILADELPHIA, PA 19103 | 163499 | $ 549.99 |
| 16-04162 #625 | DARRYL BELT WANDA BELT | DALE MERKORD | 44 COOK STREET STE 100 DENVER, CO 80206 | 163648 | $ 37.61 |
| 13-02336 #626 | TILLIE WARMACK | NADLER & ASSOCIATES, INC. | 2871 ACTION ROAD SUITE 101 BIRMINGHAM, AL 35243 | 163806 | $ 22.04 |
| 13-00333 #626 | KENNETH L. CURRY GASHA L. CURRY | PRECISION RECOVERY ANALYTICS, INC. | 500 SUMMIT LANE DRIVE VALHALIA, NY 105950 | 164168 | $ 3.84 |
| 13-03561 #626 | JOANN WILSON | TITLE CASH | 7110 AIRPORT BLVD. MOBILE, AL 36608 | 164834 | $ 125.28 |
| 17-00451 #625 | SYLVIA JACKSON | TITLE MAX | 215 SARALAND BLVD STE A SARALAND, AL 36571 | 164852 | $ 55.04 |
| 17-00451 #625 | SYLVIA JACKSON | TITLE MAX | 215 SARALAND BLVD STE A SARALAND, AL 36571 | 164852 | $ 47.35 |
| 15-00982 #632 | BRIAN BOATWRIGHT | BRIAN BOATWRIGHT | 133 LAKEFRONT DRIVE #3301 DAPHNE, AL 36526 | 165289 | $ 56.36 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 09/20/2018

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 15-00982 | #632 | BRIAN BOATWRIGHT | BRIAN BOATWRIGHT | 133 LAKEFRONT DRIVE #3301 DAPHNE, AL 36526 | 165290 | $ 98.30 |
| 13-00986 | #632 | ZEBBIE D. BONNER, JR. CONNIE WILLIAMSON BONNER | ZEBBIE D. BONNER, JR. CONNIE WILLIAMSON BONNER | 4611 BRUNSWICK DRIVE EIGHT MILE, AL 36613 | 165293 | $ 114.29 |
| 14-00114 | #632 | THOMAS CLARK BOULER, SR. TRACY LEE BOULER | THOMAS CLARK BOULER, SR. TRACY LEE BOULER | 2845 HARMON WILLIAMS ROAD MOBILE, AL 36608 | 165294 | $ 1.48 |
| 13-02246 | #632 | CHERI NICHOLSON BRIGGINS | CHERI NICHOLSON BRIGGINS | 411 BATTERY AVENUE SELMA, AL 36701 | 165302 | $ 0.28 |
| 13-01275 | #632 | EDDIE BURKS SHIRLEY ANN WILSON BURKS | EDDIE BURKS SHIRLEY ANN WILSON BURKS | 510 GREY STREET SELMA, AL 36701 | 165304 | $ 32.29 |
| 13-02557 | #632 | MADELINE E. BYRD | MADELINE E. BYRD | P. O. BOX 126 SILVERHILL, AL 36576 | 165307 | $ 115.87 |
| 17-04291 | #632 | HEATHER L. CHESTANG | HEATHER L. CHESTANG | 9537 MCRAE PLACE CT. MOBILE, AL 36695 | 165319 | $ 330.00 |
| 13-02185 | #632 | CARLOS GREGORY DOTSON | CARLOS GREGORY DOTSON | 3195 GARRITY WAY APT 816 RICHMOND, CA 94806 | 165341 | $ 844.27 |
| 13-02185 | #632 | CARLOS GREGORY DOTSON | CARLOS GREGORY DOTSON | 3195 GARRITY WAY APT 816 RICHMOND, CA 94806 | 165342 | $ 378.39 |
| 18-01009 | #634 | PRESTON LEE GOODRUM, II | PRESTON LEE GOODRUM, II | 13300 COPELAND ISLAND DRIVE SOUTH MOBILE, AL 36695 | 165364 | $ 323.62 |
| 13-01634 | #632 | DONNA L. HOLT | DONNA L. HOLT | 118 E ORANGE AVENUE SATSUMA, AL 36572 | 165386 | $ 43.14 |
| 15-00815 | #632 | HAROLD LABARREN HUNTER | HAROLD LABARREN HUNTER | 1006 DELAWARE STREET MOBILE, AL 36604 | 165393 | $ 0.16 |
| 14-00449 | #632 | TAMISKA ROSHAY JONES | TAMISKA ROSHAY JONES | 1842 WEST MAIN STREET APT 140 PRICHARD, AL 36610 | 165410 | $ 1.47 |
| 13-02059 | #632 | RITA O. KIMBLE | RITA O. KIMBLE | 8989 COTTAGE HILL ROAD MOBILE, AL 36695 | 165416 | $ 4.06 |

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 09/20/2018

| CASE NO. | | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|---|
| 13-00343 | #632 | JOSEPH CARROLL LEMOINE | JOSEPH CARROLL LEMOINE | 4011 TULSA DRIVE<br>MOBILE, AL 36605 | 165425 | $ 160.00 |
| 13-00343 | #632 | JOSEPH CARROLL LEMOINE | JOSEPH CARROLL LEMOINE | 4011 TULSA DRIVE<br>MOBILE, AL 36605 | 165426 | $ 238.13 |
| 13-01447 | #632 | MILDRED MASALETE LONG | MILDRED MASALETE LONG | 4314 BENT TREE ROAD<br>EIGHT MILE, AL 36613 | 165429 | $ 10.00 |
| 13-01447 | #632 | MILDRED MASALETE LONG | MILDRED MASALETE LONG | 4314 BENT TREE ROAD<br>EIGHT MILE, AL 36613 | 165430 | $ 1.49 |
| 13-02173 | #632 | JACKIE H. MANESS | JACKIE H. MANESS | 2 HAMILTON AVENUE<br>CAMDEN, AL 36726 | 165434 | $ 0.22 |
| 12-02239 | #632 | RONALD J. MANN | RONALD J. MANN | 451 NORTON DRIVE<br>SATSUMA, AL 36572 | 165435 | $ 61.57 |
| 13-02950 | #632 | BRANDON MCALLISTER | BRANDON MCALLISTER | 3501 SHORT VAN LIEW ROAD<br>MOBILE, AL 36605 | 165444 | $ 73.21 |
| 18-00146 | #634 | BRETT ROSS PATE | BRETT ROSS PATE | 27584 CLAIRBORNE CIRCLE<br>DAPHNE, AL 36526 | 165474 | $ 1,275.00 |
| 13-02259 | #632 | CEDRIC EUGENE PETERS | CEDRIC EUGENE PETERS | P. O. BOX 225<br>CASTEBERRY, AL 36432 | 165477 | $ 8.75 |
| 12-03550 | #632 | GWENDOLYN PUGH | GWENDOLYN PUGH | 4441 ROSEGATE DRIVE<br>SNELLVILLE, GA 30039 | 165485 | $ 45.03 |
| 13-02200 | #632 | ANNA MARIE SHILLING | ANNA MARIE SHILLING | 24900-A IVY LANE<br>ORANGE BEACH, AL 36561 | 165513 | $ 0.32 |
| 15-02748 | #632 | ANTHONY THORNTON, JR. | ANTHONY THORNTON, JR. | 831 JAMES STREET<br>SARALAND, AL 36571 | 165539 | $ 435.00 |
| 11-04835 | #632 | KEITH PATRICK WARD<br>CARMEN MELISSA WARD | KEITH PATRICK WARD<br>CARMEN MELISSA WARD | 26710 CO RD 69<br>LOXLEY, AL 36551 | 165548 | $ 0.30 |
| 17-00173 | #632 | KAYLA M. YORK | KAYLA M. YORK | 4 RYAN STREET<br>MOBILE, AL 36611 | 165572 | $ 200.00 |
| | | | | TOTAL | | $ 5,720.46 |