GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 10/18/2018

| CASE NO. | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| 13-01197 #626 | RUBEN MANLANGIT SHAWN MANLANGIT | AA, CAA OF AL, LLC D/B/A ADVANCE AMERICA | 135 NORTH CHURCH STREET SPARTANBURG, SC 29306 | 165596 | $ 2.75 |
| 15-01775 #625 | KHADIGAH MONIQUE CORDIER | CENTRAL MISSISSIPPI CREDIT CORPORATION | 1080 RIVER OAKS DRIVE SUITE B 100 FLOWOOD, MS 39232 | 166182 | $ 150.38 |
| 15-01775 #625 | KHADIGAH MONIQUE CORDIER | CENTRAL MISSISSIPPI CREDIT CORPORATION | 1080 RIVER OAKS DRIVE SUITE B 100 FLOWOOD, MS 39232 | 166182 | $ 14.62 |
| 17-01552 #625 | WENDY LYNETTE HARRISON | DUPACO COMMUNITY CREDIT UNION | 5865 SARATOGA ROAD DUBUQUE, IA 52002 | 166469 | $ 141.30 |
| 17-01552 #625 | WENDY LYNETTE HARRISON | DUPACO COMMUNITY CREDIT UNION | 5865 SARATOGA ROAD DUBUQUE, IA 52002 | 166469 | $ 108.98 |
| 17-02610 #625 | JOSHUA B. GRAHAM | JOSHUA BOONE | 6430 ROSE AVENUE MOBILE, AL 36619 | 166970 | $ 34.49 |
| 17-02610 #625 | JOSHUA B. GRAHAM | JOSHUA BOONE | 6430 ROSE AVENUE MOBILE, AL 36619 | 166970 | $ 6.49 |
| 14-02572 #624 | ERIC SCOTT | LAKESHA FAGAN | P.O. BOX 615 MOBILE, AL 36601 | 167020 | $ 50.00 |
| 16-04162 #625 | DARRYL BELT WANDA BELT | DALE MERKORD | 44 COOK STREET STE 100 DENVER, CO 80206 | 167163 | $ 25.19 |
| 16-00750 #626 | VICKI RENEE WHISENHUNT | PHYSICIANS PAIN SPECIALISTS OF ALABAMA | 4682 AIRPORT BLVD MOBILE, AL 36608 | 167558 | $ 101.60 |
| 15-02704 #626 | ASHLEY TARLETON | SPILAF, INC/THE ESTATES AT LAFAYETTE | P.O. BOX 2533 MOBILE, AL 36652 | 168022 | $ 11.32 |
| 15-03145 #632 | THERESA ANDERSON | THERESA ANDERSON | 3997 CO ROAD 57 DEMOPOLIS, AL 36732 | 168683 | $ 3.29 |
| 13-03270 #632 | IMELDA R. ANDREWS | IMELDA R. ANDREWS | P.O. BOX 606 POINT CLEAR, AL 36564 | 168684 | $ 34.79 |
| 17-04581 #632 | BRADLEY BATES | BRADLEY BATES | 1090 WELLINGTON COURT NORTH MOBILE, AL 36695 | 168691 | $ 1,338.00 |

Case 18-00146    Doc 51    Filed 03/25/19    Entered 03/25/19 14:48:14    Desc Main
Document    Page 1 of 2

GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 10/18/2018

| CASE NO. | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| 14-02718 #632 | CLIFTON BOULER RHONDA BOULER | CLIFTON BOULER RHONDA BOULER | 14611 OLD PASCAGOULA ROAD GRAND BAY, AL 36541 | 168697 | $ 163.86 |
| 14-02718 #632 | CLIFTON BOULER RHONDA BOULER | CLIFTON BOULER RHONDA BOULER | 14611 OLD PASCAGOULA ROAD GRAND BAY, AL 36541 | 168698 | $ 152.68 |
| 17-00049 #632 | GEORGE G. CLARKE | GEORGE G. CLARKE | 6811 HIGHMONT DRIVE THEODORE, AL 36582 | 168722 | $ 3.88 |
| 14-01959 #632 | LINDA DIAN GRAY | LINDA DIAN GRAY | 9540 NORTHWOODS DRIVE WEST SEMMES, AL 36575 | 168761 | $ 194.29 |
| 13-03077 #632 | STEVEN SHANE GURLEY | STEVEN SHANE GURLEY | 4551 N. SCHILLINGER ROAD SEMMES, AL 36575 | 168764 | $ 47.93 |
| 13-03541 #632 | WILLIAM BRUCE HARRIS | WILLIAM BRUCE HARRIS | 1884 KIMBERLY DRIVE ATMORE, AL 36502 | 168773 | $ 17.50 |
| 15-00414 #632 | HELEN H. JACKSON | HELEN H. JACKSON | 5320 COLONICAL CIRCLE DRIVE MOBILE, AL 36618 | 168782 | $ 24.38 |
| 15-03204 #632 | LEOLA NICOLE JENKINS | LEOLA NICOLE JENKINS | 1300 LEO STREET MOBILE, AL 36605 | 168785 | $ 74.97 |
| 13-02783 #632 | LEILA LADNIER | LEILA LADNIER | 8561 GRAY DRIVE IRVINGTON, AL 36544 | 168800 | $ 221.3 |
| 15-02520 #632 | DAVID NEWELL SANDRA BENJAMIN | DAVID NEWELL SANDRA BENJAMIN | 106-C GWC HOMES SELMA, AL 36701 | 168828 | $ 83.1 |
| 18-00146 #634 | BRETT ROSS PATE | BRETT ROSS PATE | 27584 CLAIRBORNE CIRCLE DAPHNE, AL 36526 | 168836 | $ 637.50 |
| 15-03652 #632 | KYM DENNIS RILEY | KYM DENNIS RILEY | 2507 LAUDERDALE STREET SELMA, AL 36701 | 168846 | $ 1,000.0 |
| 13-01098 #632 | MICHAEL TOWERY | MICHAEL TOWERY | 9606 OLD HWY 43 CREOLA, AL 36525 | 168883 | $ 43.7 |
| | | TOTAL | | | $ 4,688.44 |